**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Fernando Sojda v. Chicago Board of Education      Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff

Attorney name (type or print): David Koch

Firm: Koch & Associates, P.C.

Street address: 5947 W. 35th Street

City/State/Zip: Cicero, IL 60804

Bar ID Number: 32692
(See item 3 in instructions)      Telephone Number: 708-656-9900

Email Address: davidk@dkoffices.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  April 27, 2023

Attorney signature:      S/ David Koch
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015